Commonwealth *v.* Godfrey, Appellant.

Submitted June 11, 1973. *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for

appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.